KAREN P. HEWITT
United States Attorney
SANDRA B. RIGGS
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Court No. srA5500943
Telephone: (619) 557-6958
Facsimile: (619) 557-5004
Email: Sandra.Riggs2@usdoj.gov
Attorneys for the Plaintiff

FILED
2008 JUN 30 PM 3:16
SOUTHERN DISTRICT OF CALIFORNIA
BY KVH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>5.27 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and EDITH GLUD, ET AL.<br>Defendants. | Case No.: '08 CV 1162 W AJB<br><br>NOTICE OF CONDEMNATION<br>[Fed. R. Civ. P. 71.1] |

TO: All those persons and entities listed in Schedule G, attached hereto and made a part hereof.

NOTICE: You are hereby notified that a Complaint in Condemnation and a Declaration of Taking (under 40 U.S.C. § 3114), have been filed in the Office of the Clerk of the United States District Court for the Southern District of California to condemn certain estates, described in Schedule "E" attached hereto, for public uses in the property described in Schedule "C" attached hereto. The authority for the taking is set forth in Schedule "A", attached hereto. The uses for which the property is to be taken are set forth in Schedule "B" attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim some interest, you are required to serve upon Plaintiff's attorney, at the address on the first page, within twenty (20) days after service of this Notice upon you, exclusive of the date of service, an Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections and defenses to the taking of the property.

CB

A failure to serve an Answer shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the just compensation. It shall also constitute a waiver of all defenses and objections.

If you have no objection or defense to the taking you may file with the court, and serve on the Plaintiff's attorney, a notice of appearance designating the property in which you claim to be interested and thereafter you shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

DATED: June 30, 2008

KAREN P. HEWITT
United States Attorney

Sandra B Riggs

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Attorneys for Plaintiff
Sandra.Riggs2@usdoj.gov

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

Tract Number: ELC-CAX-1002

A portion of Fractional Secs 14 and 15, T 17 S, R 15 E of the SBM, in the unincorporated area of the County of Imperial, State of California, being also a portion of Tract 64 as shown on the BLM/GLO plat of said Twp and Rng, being also a strip of land **60 ft (18.288 m)** wide, described as follows:
(1) **COMMENCING** at the SW corner of Tract 64 of said Sec 15, being also a point in the USA-Republic of Mexico International Boundary (USAROMIB);
(2) THENCE e'ly along a line described in QC Deed, Bk 1755, Pg 1166, recorded December 28, 1993, and e'ly along said USAROMIB, **N 85° 31' 17" E, 3151.97 ft (960.720 m)**, to the centerline, or a s'ly prolongation thereof, of the Alamitos Canal, as located February 6, 1915, being the most sw'ly corner of said strip of land **60 ft (18.288 m)** wide, said strip bounded as follows:
(3) W'ly by the centerline, or a s'ly prolongation thereof, of said Alamitos Canal;
(4) S'ly by said USAROMIB;
(5) E'ly by the E line of Lot 4 of said Sec 14, or a s'ly prolongation thereof;
(6) N'ly by a line parallel with and **60 ft (18.288 m)** n'ly, measured at right angles from said USAROMIB;

And containing approx **5.27 acres (2.133 hectares)** of land, more or less, as scaled and calculated from GLO Re-Survey plat of T 17 S, R 15 E, SBM, dated February 6, 1909.
**EXCLUDING** therefrom any portion thereof that may lie within the All American Canal.
//////////////////////////////////////////////////////////END OF DESCRIPTION/////////////////////////////////////////////////////////

*NOTE: Department of the Army Engineer Circular No. 405-1-03. "MAPPING" dated 30 Dec 2000, Chapter 3,Section XII "LEGAL DESCRIPTIONS", Paragraph 3-42d, requires all Corps of Engineers legal descriptions to include parenthetical Systeme Internationale (metric) equivalents for all foot-pound expressions of distance and/or area. However, to avoid cluttering and confusion, the same circular's Section V "PROJECT MAP DETAILS", Paragraph 3-24y, recommends against such dual dimensioning on maps.*

SCHEDULE "E"
ESTATE TAKEN

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto which are outstanding in parties other than the surface owners.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

Edith Glud
c/o Donald P. Glud
1211 W. State Street
El Centro, California 92243-2832

ESTATE OF PAUL A. GLUD
c/o Donald Glud
1211 W. State Street
El Centro, California 92243-2832

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, California 92243

Imperial Irrigation District
c/o Real Estate Department
333 E. Barioni Blvd.
P.O. Box 937
Imperial, CA 92251