THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 30 PM 3: 15
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>5.27 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; AND EDITH GLUD, ET AL.<br>Defendants | DECLARATION OF TAKING<br><br>CIVIL NO. '08 CV 1162 W AJB |

I, Robert Janson, Acting Executive Director, Facilities Management and Engineering, Department of Homeland Security, U.S. Customs and Border Protection, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. Sections 202, 251, 551, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation 08-004, which delegated land acquisition authority to the Executive Director of Facilities Management and Engineering, do hereby make the following declaration:

1. The property is hereby taken under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.



CR

2. The public purpose for which said property is taken is set forth in Schedule "B" attached hereto and made a part hereof. The said land has been selected under my direction for acquisition by the United States for the above-referenced project in Imperial County, State of California.

3. A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof.

4. A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

5. The estate taken is described on Schedule "E" attached hereto and made a part hereof.

6. The sum estimated by the undersigned as just compensation for the land being taken is set forth in Schedule "F" attached hereto and made a part hereof. The undersigned is of the opinion that the ultimate award for said land probably will be within any limits prescribed by law to be paid therefor.

7. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

8. The United States made best efforts to negotiate purchase of the property interest sought prior to filing this condemnation action.

IN WITNESS WHEREOF, the undersigned, Acting Executive Director, Facilities Management and Engineering, Department of Homeland Security, U.S. Customs and Border Protection, hereunto subscribes his name by direction of the Secretary of the Department of Homeland Security, this 12th day of June, 2008 in the City of Washington, District of Columbia.

Robert Janson
Acting Executive Director,
Facilities Management and Engineering
Department of Homeland Security
U.S. Customs and Border Protection

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

Tract Number: ELC-CAX-1002

A portion of Fractional Secs 14 and 15, T 17 S, R 15 E of the SBM, in the unincorporated area of the County of Imperial, State of California, being also a portion of Tract 64 as shown on the BLM/GLO plat of said Twp and Rng, being also a strip of land **60 ft (18.288 m)** wide, described as follows:
(1) **COMMENCING** at the SW corner of Tract 64 of said Sec 15, being also a point in the USA-Republic of Mexico International Boundary (USAROMIB);
(2) THENCE e'ly along a line described in QC Deed, Bk 1755, Pg 1166, recorded December 28, 1993, and e'ly along said USAROMIB, **N 85° 31' 17" E, 3151.97 ft (960.720 m)**, to the centerline, or a s'ly prolongation thereof, of the Alamitos Canal, as located February 6, 1915, being the most sw'ly corner of said strip of land **60 ft (18.288 m)** wide, said strip bounded as follows:
(3) W'ly by the centerline, or a s'ly prolongation thereof, of said Alamitos Canal;
(4) S'ly by said USAROMIB;
(5) E'ly by the E line of Lot 4 of said Sec 14, or a s'ly prolongation thereof;
(6) N'ly by a line parallel with and **60 ft (18.288 m)** n'ly, measured at right angles from said USAROMIB;

And containing approx **5.27 acres (2.133 hectares)** of land, more or less, as scaled and calculated from GLO Re-Survey plat of T 17 S, R 15 E, SBM, dated February 6, 1909.
**EXCLUDING** therefrom any portion thereof that may lie within the All American Canal.
//////////////////////////////////////////////////////////////END OF DESCRIPTION/////////////////////////////////////////////////////////////

*NOTE: Department of the Army Engineer Circular No. 405-1-03. "MAPPING" dated 30 Dec 2000, Chapter 3, Section XII "LEGAL DESCRIPTIONS", Paragraph 3-42d, requires all Corps of Engineers legal descriptions to include parenthetical Systeme Internationale (metric) equivalents for all foot-pound expressions of distance and/or area. However, to avoid cluttering and confusion, the same circular's Section V "PROJECT MAP DETAILS", Paragraph 3-24y, recommends against such dual dimensioning on maps.*

SCHEDULE "D"
PARCEL MAP

**TRACT NUMBER**: ELC-CAX-1002

**Parcel Map -**

**Legend: red line ("Bold Line") is subject property located in county of Imperial, State of California, Township 17 South, Range 15 East, Fractional Sections 14 and 15, SBM**



SCHEDULE "E"
ESTATE TAKEN

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto which are outstanding in parties other than the surface owners.

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ELEVEN THOUSAND, FOUR HUNDRED SEVENTY-EIGHT AND NO/100 DOLLARS AND NO/100 ($11,478.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

Edith Glud
c/o Donald P. Glud
1211 W. State Street
El Centro, California 92243-2832

ESTATE OF PAUL A. GLUD
c/o Donald Glud
1211 W. State Street
El Centro, California 92243-2832

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, California 92243

Imperial Irrigation District
c/o Real Estate Department
333 E. Barioni Blvd.
P.O. Box 937
Imperial, CA 92251