# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

5.27 ACRES OF LAND, MORE OR LESS, SITUATED IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and EDITH GLUD, et al.,

Defendants.

CASE NO. 08-CV-1162 W (AJB)

**ORDER GRANTING EX PARTE APPLICATION FOR IMMEDIATE DELIVERY OF POSSESSION (Doc. No. 5)**

Presently before the Court is the United States' ("Plaintiff") *ex parte* application for an Order for the surrender of the fee simple estate more particularly described in Schedule E of the Complaint filed on June 30, 2008, over and across the property described in Schedule C of said Complaint (collectively, the "Subject Property").

///

///

///

///

///

///

///

It appearing that Plaintiff is entitled to possession of Subject Property, **IT IS HEREBY ORDERED** that all Defendants to this action and all persons in possession or control of the Subject Property shall surrender possession of the Subject Property to Plaintiff immediately. Plaintiff shall serve notice of this Order upon all persons in possession or control of the Subject Property.

**IT IS SO ORDERED**.

DATED: August 20, 2008

Hon. Thomas J. Whelan
United States District Judge