UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>5.27 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and EDITH GLUD, ET AL.<br>Defendants. | Case No.: 08cv1162-W(AJB)<br><br>APPEARANCE AND DISCLAIMER |

COMES NOW the Imperial County Tax Collector, by and through undersigned counsel, in the above-styled and numbered condemnation proceeding, and enters his/her appearance herein for all purposes, waives service of all notices, and disclaims any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

DATED: aug 13, 2008

IMPERIAL COUNTY TAX COLLECTOR

By: Karen Vogel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>5.27 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and EDITH GLUD, ET AL.<br>Defendants. | ) | Civil No. 08cv1162-W (AJB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

-Notice of Appearance and Disclaimer

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

EDITH GLUD
C/O DONALD P. GLUD
1211 W. STATE STREET
EL CENTRO, CA 92243-2832

PAUL A. GLUD TESTAMENTARY TRUST
C/O DONALD P. GLUD
1211 W. STATE STREET
EL CENTRO, CA 92243-2832

IMPERIAL COUNTY TAX COLLECTOR
ATTN: COUNTY COUNSEL
940 WEST MAIN STREET
EL CENTRO, CA 92243

IMPERIAL IRRIGATION DISTRICT
JEFF GARBER, ESQ.
333 E. BARIONI BLVD.
IMPERIAL, CA 92251

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008. [signature]

Tricia R. Lamb