# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

The United States of America

V.

5.27 Acres of Land, More or Less, Situate+ in Imperial County, State of California , Edith Glud , Paul A. Glud , Imperial Irrigation District , Imperial County Tax Collector

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   08-CV-1162 W (AJB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Judgment shall be entered against the United States of America in the amount of $11,478.00..................................................................................................................................
............................................................................................................................................

| November 2, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 2, 2010

08-CV-1162 W (AJB)